

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00635-CV

**STATE OF TEXAS ON BEHALF OF THE CRIMINAL DISTRICT ATTORNEY FOR BEXAR COUNTY**, Jonathan Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN**, Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellant's motion to transfer the record is granted. We order the Clerk of this court to transfer a copy of the electronic clerk's record and reporter's record in this appeal to appeal no. 04-14-00804-CV, *In re Bexar County Criminal District Attorney's Office, Jonathan Watkins, and Thomas Velez.*

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.



_____
Keith E. Hottle
Clerk of Court